FILED

DEC 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX R. SAMARO, | No. C 11-05010 EJD (PR) |
| Petitioner, | ORDER OF RECUSAL |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

IT IS SO ORDERED.

DATED: 12/21/12

EDWARD J. DAVILA
United States District Judge

Order of Recusal
05010Samaro_recusal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEX RAY SAMARO JR.,

    Plaintiff,

v.

GARY SWARTHOUT et al,

    Defendant.
    /

Case Number: CV11-05010 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex R. Samaro G-11990
California State Prison (Solano)
P. O. Box 4000
Vacaville, CA 95696

Dated: December 27, 2012

    Richard W. Wieking, Clerk
    /s/ By: Elizabeth Garcia, Deputy Clerk